

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00582-CV

**IN THE MATTER OF THE MARRIAGE OF** Marissa Vivares **BONNET** and James T. Bonnet and in the Interest of T.J.B., A Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI19887
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, appellant James T. Bonnet's appeal of the trial court's August 17, 2022 "Order Granting Joint Motion to Enforce and Order Modifying and Supplementing Order Appointing Receiver" is DISMISSED IN PART, specifically dismissing for lack of jurisdiction the portion of the appeal challenging the portion of the August 17, 2022 order that replicates the December 24, 2019 turnover order. The trial court's August 17, 2022 order is otherwise AFFIRMED.

We ORDER appellee Marissa Vivares Bonnet shall recover her costs incurred in this court from appellant James T. Bonnet.

SIGNED June 12, 2024.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice